# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Nicoletti Oil Inc. | **Case No :** | 13−13284 − A − 11 |
| | | **Date :** | 5/20/15 |
| | | **Time :** | 01:30 |

| | |
|---|---|
| **Matter :** | [435] − Motion/Application to Dismiss Case [UST−1] Filed by U.S. Trustee Tracy Hope Davis (mpem) |
| | [435] − Motion/Application to Convert Case From Chapter 11 to Chapter 7 [UST−1] (Filing Fee Not Paid or Not Required) Filed by U.S. Trustee Tracy Hope Davis (mpem) |

| | | | |
|---|---|---|---|
| **Judge :** | Fredrick E. Clement | **Courtroom Deputy :** | Rosalia Estrada |
| **Department :** | A | **Reporter :** | Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
    U.S. Trustee's Attorney − Terri H. Didion
**Respondent(s) :**
    Debtor(s) Attorney − Kurt E. Ramlo
    Creditor's Attorney − Rene Lastreto, David R. Jenkins, Russell W. Reynolds (by phone)
    Debtor's Environmental Litigation Counsel − Steven R. Tekosky
(by phone)     ExxonMobil's Environmental Litigation Counsel − Berj Parseghian

## CIVIL MINUTE ORDER

IT IS ORDERED that the United States Trustee's Motion to Dismiss or Convert Case Pursuant to 11 U.S.C. Section 1112(b) is continued to August 11, 2015, at 1:30 p.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that not later than June 30, 2015, the debtor shall file a plan and disclosure statement and set the disclosure statement, for hearing on August 11, 2015, at 1:30 p.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno, California.

Dated: May 28, 2015

_____
Fredrick E. Clement
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Nicoletti Oil Inc.
2801 Blossom St
P. O. Box 548
Dos Palos CA 93620−0000

Berj K. Parseghian
77 Water Street, Suite 2100
New York NY 10005

David R. Jenkins
PO Box 1406
Fresno CA 93716

Terri H. Didion
2500 Tulare St #1401
Fresno CA 93721

Kurt Ramlo
10250 Constellation Blvd., Suite 1700
Los Angeles CA 90067

Rene Lastreto II
PO Box 40012
Fresno CA 93755−0012

Russell W. Reynolds
499 W. Shaw Ave., Ste. 116
Fresno CA 93704

Steven R. Tekosky
333 S Grand Ave Ste 4270
Los Angeles, CA 90071